AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GERALD EDDIE BROWN, JR.,<br>also known as "Runner,"<br><br>*Defendant* | Case: 1:26-mj-00040<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 2/24/2026<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Gerald Eddie Brown Jr.                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 371 ; Conspiracy to Commit Offense or to Defraud the United States.
   22 U.S.C. § 2778 ; Control of Arms Exports and Imports.


Date:  02/24/2026                                                                 *[signature]*
                                                                                   *Issuing officer's signature*

City and state:    Washington, D.C.                          Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
                                                                                   *Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 2/25/26 |
|---|
| at *(city and state)* Jeffersonville, IN                                             . |
| Date: 2/26/26                                       *[signature]*                     |
|                                                     *Arresting officer's signature*   |
|                                                     Emerson Follett, SA              |
|                                                     *Printed name and title*         |